SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) DANILO SOTO, a/k/a "Nino,"<br>(2) ANGEL CELADO, a/k/a "80," and<br>(3) WELLINGTON MELO,<br><br>Defendants | Criminal No. 20CR10024<br><br>Violation:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine Base<br>(21 U.S.C. § 846) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine Base
(21 U.S.C. § 846)

The Grand Jury charges:

From a date unknown to the Grand Jury, but no later than March 2019, through on or about April 18, 2019, in Boston, in the District of Massachusetts, the defendants,

(1) DANILO SOTO, a/k/a "Nino,"
(2) ANGEL CELADO, a/k/a "80," and
(3) WELLINGTON MELO,

conspired with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenlethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL CROWLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 29, 2020
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1/29/20 @ 1:35 PM