AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of MASSACHUSETTS

| United States of America | ) | |
|---|---|---|
| v. | ) | **ELECTRONIC MONITORING** |
| | ) | |
| **DANILO SOTO** | ) | Case No.   20-cr-10024-DPW |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DANILO SOTO,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   X Order of the Court

This offense is briefly described as follows:

Violation of Condition of Release requiring compliance with electronic monitoring.

Date: _____

City and state: Boston, Massachusetts

*(signature)*

DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*